IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANA J. JIMENEZ, individually and parent and next friend of K.R., a minor,<br>             Plaintiffs,<br><br>vs.<br><br>ABBOTT LABORATORIES, INC.,<br><br>             Defendant. | )<br>)<br>)<br>)<br>)   Case No. 12-CV-57-NJR-SCW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court as part of the Depakote mass action and the Court having rendered a decision:

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order dated September 25, 2017 (Doc. 155), which granted summary judgment to Defendant, the claims of Plaintiffs Ana Jimenez, individually as parent and next friend of K.R., a minor, are **DISMISSED with prejudice**.

**DATED:   September 29, 2017**

JUSTINE FLANAGAN, Acting Clerk

By: s/ Deana Brinkley
       Deputy Clerk

APPROVED: s/ Nancy J. Rosenstengel
       **NANCY J. ROSENSTENGEL**
       **United States District Judge**